COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-20-00411-CV |
| Trial Court Cause Number: | 845221 |
| Style: | Pharus Funding , LLC as Assignee of LHR, Inc. |
| | **v** Jorge J. Garcia |
| Date motion filed[*]: | August 27, 2021 |
| Type of motion: | Motion for rehearing |
| Party filing motion: | Appellant |

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature:      ____/s/ Julie Countiss_____
                                Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Landau and Countiss.

Date:  January 11, 2022